IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GERALD KIRSTEIN,<br><br>       Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, et al.,<br><br>       Defendants. | Civ. No. 1:15-cv-02329-CL<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Mark Clarke filed a Findings and Recommendation (#17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#17) is adopted. Defendant Quality Loan's motion to dismiss (#5) is DENIED.

IT IS SO ORDERED.

       DATED this 24th day of May, 2016.

                                       _____/s/ Michael J. McShane_____
                                               Michael McShane
                                           United States District Judge